IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| **James Neal Franklin,** | ) | Case No.: 0:24-cv-03181-SAL |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **SECOND AMENDED CONFERENCE** |
| | ) | **AND SCHEDULING ORDER** |
| **Don Ray Reynolds and Englander Transportation, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the court hereby establishes the following schedule for this case:

1. <u>Expert Disclosures</u>:

    A. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **February 12, 2025**.

    B. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **March 12, 2025**.

2. <u>Discovery</u>: Discovery shall be completed no later than **April 30, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a**

      **request for a telephone conference via e-mail to** <u>lydon_ecf@scd.uscourts.gov</u>**. The parties shall set forth their respective positions in their request.**

3. <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **May 12, 2025**.

4. <u>Mediation</u>: Mediation shall be completed in this case on or before **May 27, 2025**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

5. <u>Pretrial Disclosures</u>: No later than **July 7, 2025** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6). Deposition designations and counter-designations must specifically identify the portions to be offered, including page and line citations.

6. <u>Trial</u>: This case will go to trial during the **July 2025** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

      The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

                                                                        s/ Sherri A. Lydon

                                                                        Sherri A. Lydon
                                                                        United States District Judge

Dated: January 6, 2025
Columbia, South Carolina