## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | |
|---|---|
| James Neal Franklin,<br><br>*Plaintiff*,<br><br>vs.<br><br>Don Ray Reynolds and<br>Englander Transportation, Inc.,<br><br>*Defendants*. | Case No.: 0:24-cv-03181<br><br>**PLAINTIFF'S MOTION FOR AMENDED SCHEDULING ORDER** |

Plaintiff respectfully requests that the April 30, 2025, deadline for closure of discovery be extended, pursuant to Rule 16(b)(4).

### FACTUAL BACKGROUND

On April 30, 2025, the Court held a telephone conference with the Parties. At the conference, it was determined that 60 additional days to conduct discovery were appropriate under the circumstances.

### LEGAL STANDARD

A scheduling order may be modified "for good cause and with the judge's consent." Fed.R.Civ.P. 16(b)(4). The "good cause" standard for modification "focuses on the diligence of the party seeking leave to modify the scheduling order." *Dilmar Oil Co., Inc. v. Federated Mut. Ins. Co.*, 986 F.Supp. 959, 980 (D.S.C.1997).

### LOCAL CIVIL RULE 6.01 STATEMENT

Although the parties have been working diligently in discovery, the parties each have additional discovery which could not be conducted prior to the close of the current period. Pursuant to Local Civ. Rule 6.01, the following information is provided:

1. The current deadline for the closure of discovery was April 30, 2025.

2. The deadline has been extended once, in the parties Second Amended Scheduling Order from January 27, 2025 to April 30, 2025.

3. The Plaintiff requests sixty additional days, with the new deadline on June 30, 2025.

4. The extension will affect the remaining deadlines. The parties propose the deadlines be shifted to preserve the spacing, as laid out in the proposed amended scheduling order.

[*Signatures on Following Page*]

**I SO MOVE/CONSENT:**

**MORGAN & MORGAN, P.A.**

s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Fed. I.D. No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
(843) 973-5438
**ATTORNEYS FOR PLAINTIFF**

**SWEENY, WINGATE & BARROW, P.A.**
s/ Aaron J. Hayes
Mark S. Barrow, Fed. I.D. No. 1220
Aaron J. Hayes, Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233
**ATTORNEYS FOR THE DEFENDANTS**