**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| James Neal Franklin, | ) | |
| | ) | C/A No.: 0:24-cv-03181-SAL |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | **THIRD CONSENT AMENDED** |
| Don Ray Reynolds and Englander | ) | **CONFERENCE AND SCHEDULING** |
| Transportation, Inc., | ) | **ORDER** |
| *Defendants.* | ) | |
| | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case:

1. Discovery:

    Discovery shall be completed no later than **June 30, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

2. Motions:

    All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **July 14, 2025**.

3. Mediation:

    Mediation shall be completed in this case on or before **July 28, 2025**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

4. Pretrial Disclosures:

No later than **September 5, 2025** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6). Deposition designations and counter-designations must specifically identify the portions to be offered, including page and line citations.

5. Trial:

This case will go to trial during the **September 2025** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

May 22, 2025  
Charleston, South Carolina

s/ Sherri A. Lydon  
Sherri A. Lydon  
United States District Judge