# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ROCK HILL DIVISION

| | | |
|---|---|---|
| James Neal Franklin, | ) | Case No.: 0:24-cv-03181-SAL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION OF DISMISSAL |
| Don Ray Reynolds and Englander Transportation, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |

The above-referenced matter having been resolved by the parties, the undersigned, as attorneys for the parties hereto, hereby stipulate that the above-captioned Complaint(s) be dismissed with prejudice and forever ended. This stipulation is entered pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and each party shall bear its own fees and costs.

AND WE SO STIPULATE:

s/ James G. Biggart, II
Jonathan D. Graham, Fed. I.D. No. 13969
James G. Biggart, II, Fed. I.D. No. 14195
Cooper Klaasmeyer, Fed. I.D. No. 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
**Attorneys for Plaintiff**

s/ Aaron J. Hayes
Mark S. Barrow, Fed. I.D. No. 1220
Aaron J. Hayes, Fed. I.D. No. 11196
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
**Attorneys for Defendants**

North Charleston, South Carolina
Columbia, South Carolina

July 11, 2025